CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 28 2015

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| REGINALD KEITH BALL, | ) |
|     Plaintiff, | )   Civil Action No. 7:15-cv-00455 |
| v. | )   **DISMISSAL ORDER** |
| HAROLD CLARKE, *et al*, | )   By:   Glen E. Conrad |
|     Defendant(s). | )         Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 28th day of September, 2015.

                                        /s/ Glen E. Conrad
                                        Chief United States District Judge